NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


DARRELL B. MILLS, )
)
          Appellant, )
)
v. )     Case No. 2D17-1154
)
STATE OF FLORIDA, )
)
          Appellee. )
)

Opinion filed November 9, 2018.

Appeal from the Circuit Court for Sarasota
County; Debra Johnes Riva, Judge.

Howard L. Dimmig, II, Public Defender,
and Anthony W. Surber, Special Assistant
Public Defender, Bartow, for Appellant.

Darrell B. Mills, pro se,

Pamela Jo Bondi, Attorney General,
Tallahassee.


PER CURIAM.


       Affirmed.


CASANUEVA, SILBERMAN, and ATKINSON, JJ., Concur.